**New York**
7 Times Square
Times Square Tower
Suite 4300
New York, NY 10036

(212) 899-9960 Tel
(212) 956-1971 Fax

**Writer's Direct Dial:**
(212) 899-9985

**Writer's E-mail:**
jreiter@fisherphillips.com

Application denied.

The Clerk of Court is respectfully requested to terminate the letter motion pending at Doc. 11.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
July 28, 2026

**July 27, 2026**

***VIA ECF***

The Honorable Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas St., Room 530
White Plains, New York 10601

Re: Rebekah Visingardi v. The New York and Presbyterian Hospital d/b/a as New York Presbyterian-Westchester Behavioral Health Center
Case No. 26-cv-04769 (PMH)

Dear Judge Halpern:

This firm represents Defendant The New York and Presbyterian Hospital ("Defendant") in the above referenced action. On July 8, 2026, this case was referred to the Court's Mediation Program. *See* ECF Dkt. No. 9. In light of the upcoming mediation,[1] the Parties jointly request that the Initial Conference (currently scheduled for August 6, 2026) be adjourned *sine die*, or in the alternative, to a date after the mediation is held. This is the Parties' first request for an adjournment of the initial conference, and would not affect any other scheduled dates in connection with the above-captioned action.

Thank you for your consideration of this request.

Respectfully submitted,

*/s/ Justin Reiter*
Justin Reiter
For FISHER & PHILLIPS LLP

[1] The Parties are currently waiting for a mediator to be assigned.

Fisher Phillips